KIMBERLY A. KLINSPORT, CA Bar No. 259018
kklinsport@foley.com
ALYSSA L. TITCHE, CA Bar No. 313296
atitche@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TEL: 213.972.4500 FAX: 213.486.0065

ALAN R. OUELLETTE, CA Bar No. 272745
aouellette@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TEL: 415.434.4484 FAX: 415.434.4507
Attorneys for Defendant California Physicians' Service

Russell G. Petti, SBN 137160
The Law Offices of Russell G. Petti
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email:  Rpetti@petti-legal.com
Attorneys for Plaintiff Steven Villalobos

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VILLALOBOS,<br><br>        Plaintiff,<br><br>    vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:21-cv-06375-RAO<br><br>**FURTHER JOINT REPORT AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER**<br><br>[[Proposed] Order Concurrently Filed]<br><br>Assigned for all Purposes to the Hon. Magistrate Judge Rozella A. Oliver |

Plaintiff Steven Villalobos ("Plaintiff") and Defendant California Physicians' Service, erroneously sued herein as Blue Shield of California Life & Health Insurance ("Blue Shield"), through their respective counsel of record, jointly submit this further status update and request for a modification of the Scheduling Order.

1.  The Parties filed a Joint Report on August 3, 2022 to apprise the Court of a development regarding recent payments issued in connection with Plaintiff's surgery at Ronald Reagan UCLA Medical Center ("UCLA"). [ECF 42.]

2.  In the Joint Report, the Parties reported that, on June 15, 2022, counsel for Dr. Villalobos learned from UCLA's collection agency, Progressive Management Solutions ("PMS"), that the balance of the amount allegedly due to UCLA for the surgery had been paid. Plaintiff's counsel received written confirmation of payment from PMS on the following day. Any such payment would have come from the designated Primary Care Physician, Optum Health Plan of California ("Optum"), which is a third-party to this lawsuit. Since that time, Blue Shield has been unsuccessful in obtaining confirmation of the payment from Optum, and Plaintiff issued a subpoena to Optum with a compliance date of August 17, 2022 seeking documents pertaining to the recent claim payments. The Parties are hopeful that this will resolve the matter, however they cannot be certain that Optum will comply with the subpoena absent further Court action.

3.  The Parties have continued to meet and confer since the filing of the Joint Report on August 3, 2022. Given the likelihood that the claim at issue in this lawsuit has been paid in full by Optum, the Parties desire to not unnecessarily expend their and the Court's resources on matters that may ultimately be deemed moot. As a result, the Parties respectfully request that the Court modify the Scheduling Order [ECF 35] as follows:

///

///

///

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Blue Shield to file (or lodge) the Administrative Record | August 29, 2022 | September 26, 2022 |
| Last day to conduct ADR (Mediation Panel) | September 22, 2022 | N/A[1] |
| Discovery Cut-Off | September 15, 2022 | October 13, 2022 |
| Opening pre-trial briefs | September 27, 2022 | October 27, 2022 |
| Last date to hear motions | October 12, 2022 | November 9, 2022 |
| Responsive pre-trial briefs | October 18, 2022 | November 17, 2022 |
| Bench trial (est. 2 hours) | Wednesday, November 9, 2022 at 9:00 a.m. | Wednesday, December 7, 2022 at 9:00 a.m. |

4. The Parties respectfully submit to the Court that the requested modifications are not for the purpose of delay. Rather, the requested modifications are sought in order to conserve party and this Court's resources and to permit the Parties to obtain definitive information from Optum prior to engaging in further discovery, motion practice and pre-trial briefing over issues that may no longer be in dispute.

**It is So Stipulated**

Dated: August 9, 2022

FOLEY & LARDNER LLP
Kimberly A. Klinsport
Alyssa L. Titche
Alan R. Ouellette

By: *Alan R. Ouellette* .
Alan R. Ouellette
Attorneys for Defendant California Physicians'

---

[1] The Court previously granted the Parties' request for an extension of the last day to conduct mediation to September 22, 2022 and set a status conference on August 29, 2022, at 10:00 a.m. [ECF 43.]

|   |   |
|---|---|
|   | Service, dba Blue Shield Of California, Erroneously Sued As Blue Shield of California Life & Health Insurance Company |
| Dated: August 9, 2022 | The Law Offices of Russell G. Petti<br>Russell G. Petti<br><br>By:  S/*Russell G. Petti*  .<br>         Russell G. Petti<br>Attorneys for Steven Villalobos |

I, Alan Ouellette, counsel of record for Defendant, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:  *Alan R. Ouellette*  .