# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VILLALOBOS,<br><br>    Plaintiff,<br><br>    vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:21-cv-06375-RAO<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Plaintiff Steven Villalobos and against Defendant California Physicians' Service, dba Blue Shield of California, erroneously sued herein as Blue Shield of California Life & Health Insurance ("Blue Shield"), in the amount of $89,920.91. Blue Shield shall pay Plaintiff, or cause Plaintiff to be paid, the amount of $89,920.91.

The Court also awards post-judgment interest in favor of Plaintiff at the rate specified in 28 U.S.C. § 1961.

///
///
///

Plaintiff may apply to the Court for an award of attorney's fees and recovery of costs of action within 14 days of the date of entry of this Judgment.

**IT IS SO ORDERED.**

Dated:  July 17, 2023

_____
Honorable Rozella A. Oliver
United States Magistrate Judge